Edward K. Sumerwell, Appellant, v. Rochester Herald Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

James J. Mahoney, Appellant, v. Moses Harlam, Respondent.— Judgment affirmed, with costs. All concurred.

Frederick J. Clark, Respondent, v. Michael Lynch and William Leahy, Appellants.— Judgment affirmed, with costs. All concurred.

Daniel McIntosh, Appellant, v. Webster P. Moore and Others, as Executors, etc., of Matthew O'Neil, Deceased, Respondents.— Judgment affirmed, with costs. All concurred.

Donnie Barrus, Appellant, v. David Parsons, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

The Tuscarora Land and Improvement Company, Respondent, Appellant, v. Polly J. Mentz, Appellant, Respondent.— Order continuing injunction, entered January 10, 1906, affirmed, with ten dollars costs and disbursements. Order requiring plaintiff to give a new undertaking, entered January 24, 1906, affirmed, with ten dollars costs and disbursements. All concurred.

Frank Elliott, Respondent, Appellant, v. George Winterstein, Appellant, Respondent.— Order modified by striking out that part which imposes costs upon the defendant as a condition of permitting him to serve a supplemental answer, and inserting in lieu thereof, and as a condition of serving such answer, the payment of all costs after service of notice of trial herein, such answer to be served and said costs paid within ten days after service of a copy of this order and notice of entry hereof, and by permitting the plaintiff to discontinue his action, without costs, if so advised by counsel, within ten days after service of such supplemental answer and the payment of said costs, and as so modified said order is affirmed, without costs of this appeal to either party. All concurred, except Williams, J., who dissented.

In the Matter of the Extension and Laying Out of Hamilton Street, in the Village of La Salle, Respondent, Across the Tracks and Rights of Way of the New York Central and Hudson River Railroad Company, the Erie Railroad Company and the Buffalo, Thousand Islands and Portland Railway Company, Appellants, by the Board of Trustees of Said Village of La Salle.— Determination affirmed, with costs. All concurred.

Geneva Mineral Springs Company, Limited, v. Charles A. Steele and Others.— Motion for reargument denied, with ten dollars costs and disbursements.

William H. Marson, Respondent, v. City of Rochester, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question certified to the court for review.

In the Matter of the Transfer Tax upon the Estate of James Kennedy, Deceased.— Decision and order amended by striking out the words "ten dollars costs and disbursements" and inserting in place thereof the words "without costs of this appeal to either party."

---

# Third Department, March, 1906.

Wesley Allter v. Lydia Jerome and Agatha Smith.— Motion denied.

Nellie G. Bishop and James A. Leary, as Administrators, etc., of James Bishop, Deceased, Respondents, v. American Bridge Company of New York, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Kellogg, J., not sitting.

County of Dutchess, Appellant, v. The State of New York, Respondent. — Judgment unanimously affirmed, with costs to the respondent. No opinion.

Nathan W. Horning, Respondent, v. Hudson River Telephone Company and Fulton County Gas and Electric Company, Appellants.— Motion denied.

Sydney King, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.